UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDY M. RILEY,

    Plaintiff,

v.     Case. No. 12-10132
     Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed this action seeking Social Security disability benefits. The matter currently before the Court is Magistrate Judge's Report and Recommendation [dkt 17], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [dkt 10] be denied and Defendant's Motion for Summary Judgment [dkt 15] be granted. Plaintiff has filed objections to the Magistrate's Report and Recommendation [dkt 18]. The Court has thoroughly reviewed the court file, the respective motions, the Report and Recommendation, and Plaintiff's objections. Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment is GRANTED.

The Court notes in passing that Plaintiff failed to adequately present the objections in accordance with the directives listed in the Report and Recommendation. Plaintiff was required to file *specific* objections, labeled "Objection No. 1," "Objection No. 2", etc, and any objection was to recite *precisely* the provision of the Report and Recommendation to which it pertains. Plaintiff's counsel merely listed a single heading—"OBJECTION NO. 1"—under which was listed numerous incoherent statements about the ALJ and Magistrate Judge's findings. It is indeterminable what "OBJECTION No. 1" actually is, and

no precise reference to any corresponding provision of the Report and Recommendation is made. Notwithstanding this, Plaintiff's objections were nevertheless adequately addressed by the Report and Recommendation. No further discussion is necessary.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [dkt 17] is DENIED, and Defendant's Motion for Summary Judgment [dkt 21] is GRANTED.

IT IS SO ORDERED.

Date:   March 27, 2013                                              s/Lawrence P. Zatkoff
                                                                    Lawrence P. Zatkoff
                                                                    U.S. District Judge